IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cr-220-MEF |
| | ) | |
| JAMES GRIFFITH | ) | (WO) |
| | ) | |

**ORDER**

This cause is before the Court on the Motion for Reduction in Sentence (Doc. # 48) filed on August 31, 2009 by the United States of America. Pursuant to Federal Rule of Criminal Procedure 35(b)(2)(B), it is hereby ORDERED that the motion is GRANTED. The Court will enter an Amended Judgment in which it reduces the sentence of imprisonment previously imposed on James Griffith by twenty-four months, resulting in a sentence of sixty-three months imprisonment.

DONE this the 20th day of May, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE